IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AERA ENERGY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-01614 (RJL) |
| | ) |
| | ) |
| KENNETH L. SALAZAR, Secretary, | ) |
| United States Department of | ) |
| the Interior, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER AND FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion, it is this 4 day of March, 2010, hereby

**ORDERED** that the Plaintiffs' Motion for Summary Judgment [#18] is **DENIED**; it is further

**ORDERED** that the Defendants' Cross-Motion for Summary Judgment [#24] is

**GRANTED**; and it is further

**ORDERED** that judgment be entered for the defendants on all counts in the Complaint.

**SO ORDERED.**

                                              _____
                                              RICHARD J. LEON
                                              United States District Judge